IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JEFFREY DEMOND WILLIAMS,              §
                                      §
            Petitioner,               §
                                      §
v.                                    §
                                      §        CIVIL ACTION NO. H-04-2945
NATHANIEL QUARTERMAN, Director,       §
Texas Department of Criminal          §
Justice, Correctional                 §
Institutions Division,                §
                                      §
            Respondent.               §

## ORDER

The court has reviewed the very thorough Memorandum and Recommendation of Magistrate Judge Nancy K. Johnson, together with Williams' Objections and the Director's Response. Because the court concludes that none of Williams' objections undermine the soundness of the Magistrate Judge's findings, conclusions, or recommendation that Williams has not met his burden of establishing any of the elements of his mental retardation claim, the court **ADOPTS** the Memorandum and Recommendation (Docket Entry No. 161).

**SIGNED** at Houston, Texas, on this 14th day of February, 2007.

SIM LAKE
UNITED STATES DISTRICT JUDGE