IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY DEMOND WILLIAMS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-04-2945 |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

In accordance with today's Order of the court adopting the Memorandum and Recommendation of Magistrate Judge Nancy K. Johnson, which addresses petitioner's mental retardation claim, and the court's Memorandum Opinion and Order (Docket Entry No. 39) granting respondent's motion for summary judgment on petitioner's other claims, the Petition for a Writ of Habeas Corpus of Jeffrey Demond Williams is **DENIED**, and this action is **DISMISSED with prejudice**.

For the reasons stated in the Memorandum and Recommendation, the court concludes that Williams is entitled to a Certificate of Appealability on his mental retardation claim. For the reasons stated in the court's Memorandum Opinion and Order (Docket Entry

No. 39) granting respondent's motion for summary judgment on Williams' other claims, the court concludes that Williams is not entitled to a Certificate of Appealability on any of those claims.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 14th day of February, 2007.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE