IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JEFFREY D. WILLIAMS,** | § | |
| Petitioner, | § | |
| -VS- | § | CIVIL ACTION NO. H-04-2945 |
| | § | Capital Post-Conviction Case |
| **NATHANIEL QUARTERMAN,** Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

**PETITIONER'S MOTION TO SUPPLEMENT HIS RULE 59(e) MOTION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

On February 28, 2007, Mr. Williams filed a Motion to Alter Or Amend Judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. In Mr. Williams 59(e) motion he claimed that he had new evidence that a man named Jenkins was the shooter of the victim and that Jenkins recently confessed to shooting the victim. Mr. Williams also stated in his motion that "Moments before the filing of this motion counsel spoke with Jenkins on his cell phone. Jenkins refused to meet with counsel. Counsel will submit an affidavit from that conversation shortly." 59(e) Motion at p. 4. Mr. Williams now requests that this court supplement his 59(e) motion with the attached affidavit of Michelle Cormier, a witness to the conversation between Mr. Williams's counsel (Anthony Haughton) and Jenkins.

Respectfully submitted,

1

Jeffrey Williams, by counsel

/s/Anthony Haughton*
*Attorney-in-charge
3013 Fountain View, Suite 145
Houston, Tx, 77057
(713) 995-7776
(713) 953-7482
ASHaughton@aol.com
SBOT No. 09234150

Jonathan P. Sheldon
10621 Jones St., #301A
Fairfax, VA 22030
(703) 691-8410
Fax: 703 251-0757
Jsheldon@DevineConnell.com
VA Bar No. 66726


Counsel for Jeffrey Williams

**CERTIFICATE OF CONFERENCE**

  I hereby certify that on March 8, 2007, I communicated with counsel for the Director, Georgette P. Oden, who does not oppose this motion.

        /s/Jonathan P. Sheldon

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 8, 2007, a copy of the foregoing pleading has been served on counsel for respondent by the filing of this pleading via this Court's ECF system.

        /s/ Jonathan P. Sheldon