**COUNTY OF HARRIS** ) 
) SS 
**STATE OF TEXAS** )

## AFFIDAVIT OF MICHELLE CORMIER

I, MICHELLE CORMIER, DOB 10-20-1977, of Houston, Texas, under pain and penalty of perjury state the following:

1. I am a legal assistant with the law firm of Haughton & Associates.
2. I have been assigned to assist Mr. Haughton, in the Jeffery Demond Williams case. More specifically, I have been helping Mr. Haughton with the investigation of the innocence claim that has recently come to surface.
3. My duties in the case have included talking with Ms. Carolyn Baranowski, of the U.S. Pre-Trial office, (713) 250-5229 and attempting to interview Mr. Jovette Jenkins.
4. I spoke with Ms. Baranowski, on yesterday morning, that is, Tuesday, February 27th, 2007, for about 10 - 15 minutes. Our call was after 10:00 a.m., but before 11:00. She was responding to one of my phone call messages to her. I called her because I wanted to set up an interview with her and Mr. Haughton. However, because of training she will not be available to meet with us until after Friday, March 2, 2007.
5. Ms. Baranowski told me that David Brown appeared to be credible to her when relating how Jovette Jenkins had confessed to killing an undercover police officer in 1999. She said she looked up the case and tried to contact attorneys or others that might be responsible for the case.
6. She said that Mr. Brown appeared to be burdened by Jenkin's confession, and had been trying to get the information to the right people for a while. She said that he came forward because he was troubled by the information that Jenkins has told him.
7. Ms. Baranowski told me that David Brown is a recovering drug addict, and that he is now at the stage of recovery where he is helping others with their own recoveries. She believed him.

Affidavit of M. Cormier 
Page 1 of 3

8. On this morning Wednesday 28th, March 2007, a little after mid-day, Mr. Haughton and I went to look for Mr. Jenkins again. We went to the second address we had for him, and as we drove up we saw a heavy-set male in the front of the house. He later identified himself as Chris, Jovette Jenkin's cousin. Mr. Haughton spoke with Chris for several minutes and Chris agreed to call Mr. Jenkins and give him Mr. Haughton's cell phone number so that they could arrange a time and place to meet.

9. At about 12:45 Mr. Haughton got a call on his cell phone. Mr. Haughton, put the call on speaker phone, and I heard an African-American voice identify himself as Jovette Jenkins. Mr. Haughton asked him if they could meet, Mr. Jenkins told him that he was not trying to meet anyone at that time. Mr. Haughton told him that he wanted to meet so that we could talk about the Jeffery Williams case. Mr. Jenkins said that he did not know anyone called Jeffery Williams, Mr. Haughton told him that he was also known as "Smoke". Jenkins knew a Smoke, he described him as a "brown skinned male." Mr. Jenkins also said that Smoke was dirty, and looked like he was homeless. He described Smoke's hair as messed up, standing up like. He said he saw him everyday, when Mr. Haughton, asked him what Smoke was like, Jenkins said he was weird, use he said he was "like retarded" and "throwed off".

10. Mr. Haughton asked him about one of Smoke's friends called Reggie, Jenkins identified him as "Black Reggie" and said he knew him.

11. Mr. Haughton then asked again if we could meet but Jenkins said he had his own stuff going on, I took it that he had his own problems, he did not deny that there currently may be a warrant out for his arrest.

12. Mr. Jenkins said that he had to go, Mr. Haughton asked him if he could ask a couple of more questions. He then asked Jenkins about the murder of a police officer in 1999 by highway 59. Jenkins denied knowing anything about a cop being killed, and added that he did not go up into

Affidavit of M. Cormier
Page 2 of 3

any motel rooms. Mr. Haughton had not asked him if he had gone up into a hotel room.

13. Mr. Jenkins had seemed on edge from the beginning but when Mr. Haughton asked about the murder he became really evasive and started acting like he did not know Smoke. When Mr. Haughton asked him if someone said he knew about the murder he said the person would be lying, and when Mr. Haughton asked him if someone said he did it how would he react, he said that person would be lying, and then said he had to go and hung up.

14. I have read this 3 page affidavit and it is true and correct to the best of my knowledge. I have been given the opportunity to change anything herein. I sign this affidavit freely, voluntarily and knowingly. I declare under penalty of perjury that the foregoing is true and correct, signed this 28th day of February, 2007.

_____
Michelle L. Cormier

SUBSCRIBED and SWORN before me in the jurisdiction aforesaid, this 28th day of Feb, 2007.

_____
Notary Public:
My Commission Expires:

[Notary seal: OMOTOLA ORESUSI, NOTARY PUBLIC, State of Texas]

Affidavit of M. Cormier
Page 3 of 3