IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JEFFREY D. WILLIAMS,** § | |
| § | |
| Petitioner, § | |
| § | |
| § | |
| -VS- § | CIVIL ACTION NO. H-04-2945 |
| § | Capital Post-Conviction Case |
| § | |
| **NATHANIEL QUARTERMAN,** § | |
| Director, § | |
| **Texas Department of Criminal Justice,** § | |
| **Correctional Institutions Division,** § | |
| § | |
| Respondent. § | |

## ORDER

This matter is before the Court on Petitioner's motion for relief pursuant to Fed. R. Civ. P. 60(b). Petitioner's motion is granted to this extent:

The Director is Ordered to:

1) Provide Williams with copies of all subpoenas issued in this case;

2) Provide Williams with copies of all material produced in response to subpoenas; and

3) File with this Court a list of all subpoenas issued.

4) Williams is provided 14 days to supplement his 60(b) motion from the date that the Director files a certificate of compliance with this Order.

_____
United States District Judge

Date: _____
_____, Texas