*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 05, 2013



Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 13-70017,   Jeffrey Williams v. Rick Thaler, Director
          USDC No. 4:04-CV-2945

Enclosed is a copy of the Supreme Court order denying certiorari.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Charlene A. Vogelaar, Deputy Clerk
                    504-310-7648

13-1001 /

13-70017

(ORDER LIST:  569 U.S.)

United States District Court
Southern District of Texas
FILED

JUN 1 2 2013

David J. Bradley, Clerk of Court

WEDNESDAY, MAY 15, 2013

CERTIORARI DENIED

12-10231    WILLIAMS, JEFFREY D. V. THALER, DIR., TX DCJ
(12A1087)

The application for stay of execution of sentence of death

presented to Justice Scalia and by him referred to the Court is

denied.  The petition for a writ of certiorari is denied.

13-70017